

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00554-CV

Charles J. **MELNIK**,
Appellant

v.

Dewayne **BALDWIN** and Tonia Baldwin,
Appellees

From the County Court, Guadalupe County, Texas
Trial Court No. 2018-CV-0012
Honorable Bill Squires, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: December 11, 2019

DISMISSED FOR WANT OF PROSECUTION

An appellate court is authorized to dismiss an appeal for want of prosecution when the appellant fails to file his brief by the deadline and gives no reasonable explanation for such failure. TEX. R. APP. P. 38(a)(1). On November 18, 2019, this court ordered appellant to file his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Appellant has

failed to comply with or respond to this order.  Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38(a)(1); 42.3(c).

PER CURIAM